

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00076-CV

Kent **HAMILTON**, DDS,
Appellant

v.

Jason **GRAY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI08942
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Delivered and Filed: April 16, 2025

AGREED MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties have filed an agreed motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See id.* at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM